## Geyer, Appellant, *v.* United States Express Company (No. 2).

OPINION BY HENDERSON, J., July 18, 1912:

This case was argued with the appeal of the plaintiff at No. 58, October Term, 1911, taken in the same case.

For the reasons given in the opinion this day filed in the plaintiff's appeal ante, p. 301, the assignments of error are overruled: and the judgment affirmed.